UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**

FEB 27 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                    INDICTMENT NO. 6:25-CR-019-REW
                                      18 U.S.C. § 2250(a)

CRYSTAL L. BRADSHAW

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

From on or about January 3, 2023, and continuing through on or about September 4, 2024, in Clay County, in the Eastern District of Kentucky, and elsewhere,

**CRYSTAL L. BRADSHAW,**

a person required to register under the Sex Offender Registration Notification Act, and is a sex offender by reason of a conviction under Federal law, traveled in interstate commerce and did knowingly fail to register and update a registration as required by the Sex Offender Registration and Notification Act, all in violation of 18 U.S.C. § 2250(a).

A TRUE BILL

███████████████

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## **PENALTIES**

Not more than 10 years imprisonment, a $250,000 fine, and not less than 5 years up to life supervised release.

**PLUS:**      Mandatory special assessment of $100.

**PLUS:**      Restitution, if applicable.